Certificate Number: 01401-PAM-DE-033234195

Bankruptcy Case Number: 19-02614


01401-PAM-DE-033234195

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 10, 2019</u>, at <u>4:55</u> o'clock <u>PM EDT</u>, <u>Albert J Myers Jr.</u> completed a course on personal financial management given <u>by telephone</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: August 10, 2019    By: /s/Jeremy Lark

Name: Jeremy Lark

Title: FCC Manager