Certificate Number: 01401-PAM-DE-033234195

Bankruptcy Case Number: 19-02614


01401-PAM-DE-033234195

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 10, 2019, at 4:55 o'clock PM EDT, Albert J Myers Jr. completed a course on personal financial management given by telephone by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 10, 2019          By: /s/Jeremy Lark

                               Name: Jeremy Lark

                               Title: FCC Manager